UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HEATH BRIAN MCPHERSON**, | |
| Petitioner, | Civ. No. 16-2006 (JMV) |
| v. | |
| **CHARLES GREEN**, | **MEMORANDUM AND ORDER** |
| Respondent. | |

Petitioner, Heath Brian McPherson, is an immigration detainee currently detained at the Essex County Correctional Facility in Newark, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and has paid the $5.00 filing fee. Petitioner names the warden of the Essex County Correctional Facility, Charles Green, as the respondent in this case. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004).

In his federal habeas petition, Petitioner challenges his current immigration detention, which he alleges has exceeded eight months. "Federal courts have habeas jurisdiction to examine the statutory and constitutional bases for an immigration detention unrelated to a final order of removal." *Ufele v. Holder*, 473 F. App'x 144, 146 (3d Cir. 2012) (citing *Demore v. Kim*, 538 U.S. 510, 517-18 (2003)); *see also Diop v. ICE/Homeland Sec.*, 656 F.3d 221, 226 (3d Cir. 2011).

The Petition, however, is unsigned by Petitioner. Pursuant to Rule 2(c)(5) of the Rules Governing Section 2254 Cases ("Habeas Rules"), applicable to § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, a habeas petition must "be signed under penalty of

perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242." Although Petitioner's name appears in typed print at the bottom of each page of the Petition, the signature lines remain blank. Accordingly, the matter will be administratively terminated. Petitioner is permitted to submit an Amended Petition which contains his signature, and which otherwise comports with the Habeas Rules, within 30 days of the date of this Order and the matter will be reopened.

Therefore, **IT IS** this 13th day of April, 2016,

**ORDERED** that the Clerk shall administratively terminate this action; and it is further

**ORDERED** that, within 30 days of the date of this Order, Petitioner may submit an Amended Petition which contains his signature and the matter will be reopened for review by a judicial officer; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail.

s/ John Michael Vazquez  
JOHN MICHAEL VAZQUEZ  
United States District Judge